# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          NO. 4:09CR00159 SWW

QUINCY GRAVES

### ORDER OF DISMISSAL

Pending before the Court is government's motion for dismissal of the indictment against defendant, Quincy Graves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #15] for dismissal of the indictment against the above-named defendant be **granted**, and the indictment pending against defendant Quincy Graves is **dismissed without prejudice**.

DATED this 9th day of October 2009.

                                        UNITED STATES DISTRICT JUDGE